UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-06054**

RICHARD GREGORY GARCIA, Pro Se
AKA Richard Gregory DeGuzman
V.

KEN JENNE, William Hitchcock,
Donna Stone, Chaplin Braswell, Lt. OJ.
Mihm, Sgt. Slagle, Trinity Food Service
Defendants

CIV-MIDDLEBROOKS



MAGISTRATE JUDGE
SORRENTINO

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, **Richard Gregory Garcia** _____ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: **August 30, 1999**                           _Richard Gregory Garcia_
                                                                Signature

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, **Richard Gregory Garcia**, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that thet nature of this action is as follows:

**42 USC §1983**

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?     Answer: **NO**

   a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
   b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?     Answer: **NO**

   a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

2/BR

3. Do you own any cash or checking or savings account?    Answer: __NO__

   a. If answer is "yes", state the total value of the items owned.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?    Answer: __NO__

   a. If answer is "yes", describe property and state approximate value.

   _____

5. List the persons who are dependent upon you for support and state your relationship to those persons.
   __NONE__

   _____

   I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

   _Richard Gregory Blancur_
                                Signature


SUBSCRIBED AND SWORN TO before me this

___1___ day of __September__ __1999__.

_Latrod Garner_

Latrod Garner
MY COMMISSION # CC816543
March 11, 2003
BONDED THRU TROY FAIN INSURANCE, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

_____

**ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS**

UPON CONSIDERATION of the Motion and Affidavit to Proceed in Forma Pauperis, it is

ORDERED that the Motion to Proceed in Forma Pauperis without prepayment of costs or fees or the necessity of giving security therefor in the above-entitled cause be and the same is hereby

_____
U.S. District Judge

cc:

```
12/13/1999                Inmate Bank Account Statement                1:37 PM
                          CENTURY CORRECTIONAL INSTITUTION

   Inmate No.: D02567                        Status: A
        Name: GARCIA, RICHARD G.      Non-Medical Hold: 2.48
                                          Medical Hold: 0.00
     Housing Loc: A2121L               Facility Loc: 106

                        Remitter/
Date        Description  Payee    Dep. No.  Ref. No.   Rec. No.    In/(Out)   Balance
----------  -----------  -------  --------  --------   --------    --------   -------
11/01/1999  Begin Bal                                                             .00
11/02/1999  Deposit      EDNA     283       854428     409521         50.00    50.00
11/03/1999  Canteen                                                  -13.00    37.00
11/04/1999  Canteen                                                  -16.79    20.21
11/05/1999  Canteen                                                   -6.06    14.15
11/06/1999  Canteen                                                   -3.73    10.42
11/07/1999  Canteen                                                   -1.92     8.50
11/08/1999  Canteen                                                   -1.23     7.27
11/09/1999  Canteen                                                   -1.46     5.81
11/10/1999  Canteen                                                   -3.49     2.32
11/13/1999  Canteen                                                   -2.21      .11
11/30/1999  End Bal                                                              .11

          Deposits may not be available for immediate withdrawal
```



Stamps: 00 JAN 12 PM 1:52 / CLERK U.S. DIST. CT. / S.D. FLA.-FT. / 00-06054 / CIV-MIDDLEBROOKS / MAGISTRATE JUDGE SORRENTINO

```
12/07/1999                    Inmate Account Information                  11:43 AM
CENTURY CORRECTIONAL INSTITUTION                                         Page    1

       Inmate No.: D92567           Status: A              Card No.:  1
        Last Name: GARCIA           Race: W
       First Name: RICHARD          Sex: M
      Middle Name: G.               SS#:     -    -
    Date of Birth: 09/20/1965
              AKA: DEGUZMAN, RICHARD
           Opened: 10/12/1999       Facility Loc: 106
           Closed:                  Housing Loc: A2121L
                                    P.O.Box:
  Hold Amt    Hold Date Typ         Balance: 0.11
   2.48       11/30/1999  O         Non-Medical Hold: 2.48
   0.00                             Avail. Canteen Bal.: 0.00
   0.00                              Medical Hold: 0.00


                    Remitter/  Batch/
Date       Descript  Payee     Dep. No.  Ref. No.  Rec. #    In/(Out)    Balance
---------- --------- --------- --------- --------- -------   ---------   --------
11/02/1999 Beg Bal                                                           .00
11/02/1999 Deposit   EDNA      283       854428    409521      50.00       50.00
11/03/1999 Canteen                                            -13.00       37.00
11/04/1999 Canteen                                            -16.79       20.21
11/05/1999 Canteen                                             -6.06       14.15
11/06/1999 Canteen                                             -3.73       10.42
11/07/1999 Canteen                                             -1.92        8.50
11/08/1999 Canteen                                             -1.23        7.27
11/09/1999 Canteen                                             -1.46        5.81
11/10/1999 Canteen                                             -3.49        2.32
11/13/1999 Canteen                                             -2.21         .11
12/07/1999 End Bal                                                           .11
```

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
COMMISSARY OFFICE - INMATE LEDGER CARD
PRINT DATE: 08/19/1999
PRINT TIME: 08:18 AM


Arrest Number: 55990142                         CELL#: 02*6*C*311
   Inmate Name: GARCIA, RICHARD GREGORY         RACE/SEX: WM
         Alias: None, None                      DOB: 09/20/1965
Curr. Balance: $0.00

DATE        TYPE                       DEPOSIT         DISBURSEMENT        BALANCE
=================================================================================
02/11/1999  Indigent Order             $0.00           $0.00               $0.00
02/23/1999  Indigent Order             $0.00           $0.00               $0.00
03/03/1999  Indigent Order             $0.00           $0.00               $0.00
03/12/1999  Indigent Order             $0.00           $0.00               $0.00
03/22/1999  Indigent Order             $0.00           $0.00               $0.00
03/26/1999  Indigent Order             $0.00           $0.00               $0.00
04/02/1999  Indigent Order             $0.00           $0.00               $0.00
04/03/1999  Mailroom Deposit           $56.00          $0.00               $56.00
04/03/1999  Processing Fee             $0.00           ($10.00)            $46.00
04/04/1999  Subsistence Payment        $0.00           ($2.00)             $44.00
04/05/1999  Subsistence Payment        $0.00           ($2.00)             $42.00
04/06/1999  Subsistence Payment        $0.00           ($2.00)             $40.00
04/07/1999  Subsistence Payment        $0.00           ($2.00)             $38.00
04/08/1999  Subsistence Payment        $0.00           ($0.30)             $37.70
04/09/1999  Purchase                   $0.00           $37.70              $0.00
04/23/1999  Indigent Order             $0.00           $0.00               $0.00
04/30/1999  Indigent Order             $0.00           $0.00               $0.00
05/14/1999  Indigent Order             $0.00           $0.00               $0.00
05/21/1999  Indigent Order             $0.00           $0.00               $0.00
05/28/1999  Indigent Order             $0.00           $0.00               $0.00
06/02/1999  Mailroom Deposit           $40.00          $0.00               $40.00
06/03/1999  Subsistence Payment        $0.00           ($0.21)             $39.79
06/08/1999  Purchase                   $0.00           $39.79              $0.00
06/11/1999  Indigent Order             $0.00           $0.00               $0.00
06/16/1999  Mailroom Deposit           $40.00          $0.00               $40.00
06/17/1999  Subsistence Payment        $0.00           ($0.14)             $39.86
06/18/1999  Purchase                   $0.00           $39.86              $0.00
06/27/1999  Indigent Order             $0.00           $0.00               $0.00
06/29/1999  Mailroom Deposit           $40.00          $0.00               $40.00
06/30/1999  Subsistence Payment        $0.00           ($0.87)             $39.13
07/02/1999  Purchase                   $0.00           $39.13              $0.00
07/09/1999  Indigent Order             $0.00           $0.00               $0.00
07/15/1999  Indigent Order             $0.00           $0.00               $0.00
07/23/1999  Indigent Order             $0.00           $0.00               $0.00
07/29/1999  Indigent Order             $0.00           $0.00               $0.00
08/05/1999  Indigent Order             $0.00           $0.00               $0.00
08/13/1999  Pending Order              $0.00           $0.00               $0.00
```

```
BROWARD COUNTY JAIL COMMISSARY SYSTEM - MAIN FACILITY
COMMISSARY OFFICE - INMATE LEDGER CARD SUMMARY
PRINT DATE: 08/19/1999
PRINT TIME: 08:18 AM


Arrest Number: 55990142                    CELL#: 02*6*C*311
  Inmate Name: GARCIA, RICHARD GREGORY  RACE/SEX: WM
        Alias: None, None                    DOB: 09/20/1965
Curr. Balance: $0.00


DEPOSITS:               $176.00
ADJUSTMENTS:              $0.00
WITHDRAWALS:              $0.00
PURCHASES:              $156.48
RETURNS:                  $0.00
INDIGENT:                 $0.00
TRUSTEE PAY:              $0.00
TOTAL RELEASES:           $0.00
TOTAL INCUMBERED:         $0.00
SPECIAL MAIL:             $0.00
FORFEITED:                $0.00
W/R-DEPOSIT:              $0.00
W/R-WITHDRAWAL:           $0.00
W/R SUB-PAYMENT:          $0.00
W/R SUB-REFUND:           $0.00
MON-PAYMENT:              $0.00
MON-REFUND:               $0.00
MED-PAYMENT:              $0.00
MED-REFUND:               $0.00
PROCESS FEE:             $10.00
PROCESS REF:              $0.00
DAILY SUB PMNT:           $9.52
DAILY SUB RFND:           $0.00
```