```
                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF FLORIDA

                           CASE NO. 00-6054-CIV-MIDDLEBROOKS
                           MAGISTRATE JUDGE SORRENTINO
```

RICHARD G. GARCIA, a/k/a       :
RICHARD G. DeGUZMAN,
                               :
    Plaintiff,
                               :        INITIAL ORDER
v.                                      OF INSTRUCTIONS TO
                               :        PRO SE LITIGANT

KEN JENNE , et al.,
                               :
    Defendants.
                               :
_____

FILED by _____ D.C.
MAG. SEC.

JAN 20 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

    At the outset of a _pro se_ case, it is essential that the _pro se_ litigant understand certain procedural information. It is thereupon

    ORDERED AND ADJUDGED as follows:

    1.  No letters can be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning the case. All letters will be ignored. A _pro se_ litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document ordered by the Court, but no letters will receive a response.



2. A <u>pro se</u> litigant and his or her family, friends or acquaintances must not call any Judge's office for any reason. No information about the case can be obtained from the Judge's office. Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, <u>pro se</u> or otherwise.

3. A <u>pro se</u> litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. A copy must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

DONE AND ORDERED at Miami, Florida this 20 day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Richard Gregory Garcia, <u>Pro Se</u>
    DC #D92567
    Century Correctional Institution
    400 Tedder Road
    Century, FL 32535-3655