UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE SORRENTINO

RICHARD G. GARCIA, a/k/a       :
RICHARD G. DeGUZMAN,
                               :
          Plaintiff,
                               :     ORDER ON IFP MOTION
v.                                   REQUIRING PAYMENT OF
                               :     FILING FEE BY INSTALLMENT
KEN JENNE, et al.,                   28 U.S.C. §1915(b)
                               :
          Defendants.
                               :
_____


        The plaintiff in this <u>pro se</u> prisoner civil rights case has

filed a motion to proceed <u>in forma pauperis</u> and has provided the

prison account statement required by 28 U.S.C. §1915(a), as amended

April 26, 1996.


        Pursuant to 28 U.S.C. §1915(b), as amended April 26, 1996, if

a prisoner brings a civil action <u>in forma pauperis</u>, the prisoner

must be required to pay the full filing fee.  Initially, the Court

must assess 20% of the greater of


        A)   the average  monthly  deposits  to  the  prisoner's

account; or


        B)   the  average  monthly  balance  in  the  prisoner's

account for the six month period immediately preceding the filing

of the complaint.



Thereafter, the prisoner must make payments of 20% of the preceding month's income credited to his account. The agency having custody of the prisoner must forward payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fees are paid.

It is thereupon

ORDERED AND ADJUDGED as follows:

1.    The motion of the plaintiff to proceed _in forma pauperis_ is granted to the extent that the plaintiff need not prepay the costs and fees of this case except that the filing fee of $150.00 must be paid as follows:

2.    On or before February 29, 2000, the plaintiff shall pay the sum of $5.66 to the Clerk.

3.    The plaintiff shall put the case number on the check or money order so the Clerk can docket the payment in the correct case. This is especially important when a prisoner has filed more than one case.

4.    Thereafter, the plaintiff must make payments of 20% of the preceding month's income credited to his account. The jail/prison having custody of the prisoner must make payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the full filing fee of $150.00 is paid.

2

5.   The sum of the initial payment in this case was derived from the formula specified in paragraph A, above.  The average monthly deposit to the plaintiff's account from June 2, 1999, through December 7, 1999, was $28.33.  Twenty percent of that amount is $5.66.

6.   No action will be taken to obtain service of process upon the defendant(s) in this case until the first payment is received.

DONE AND ORDERED at Miami, Florida this $\underline{20}$ day of January, 2000.


_____
UNITED STATES MAGISTRATE JUDGE

cc:  Richard Gregory Garcia, Pro Se
     DC #D92567
     Century Correctional Institution
     400 Tedder Road
     Century, FL 32535-3655

     Warden/Superintendent
     Century Correctional Institution
     400 Tedder Road
     Century, FL 32535-3655

     Lee Nihan, Financial Administrator
       for Clerk of Court

3