Richard Garcia D92567
Century Corr. Inst.
400 Tedder Road
Century, Fl. 32535

To: The Clerk of the Court
Southern District of Florida Middlebrooks
RE: Case # 00-06054 / Filing date: Jan. 12, 2000

3-26-2000

Dear Clerk;

  I am in receipt of the statis report that your office has fowarded to me, and I couldn't help but to notice that on the demand it says $0.
  This must be some kind of error, because in my relief requested I asked for the sum of "5 million to be paid by each defendant." Which comes to the total sum of 35 million.
  Can you please clear up this mistake? Any and all assitance from your office is greatley appreciated.

Respectfully submitted,
Richard Gregory Garcia

C.C./FILE