UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CIV-MIDDLEBROOKS
MAGISTRATE JUDGE SORRENTINO

RICHARD G. GARCIA, a/k/a
RICHARD G. DeGUZMAN,

    Plaintiff,

v.

KEN JENNE, et al.,

    Defendants.

SECOND ORDER ON IFP MOTION REQUIRING PAYMENT OF FILING FEE BY INSTALLMENT 28 U.S.C. §1915(b)

The plaintiff in this **pro se** prisoner civil rights case has filed a motion to proceed in forma pauperis and the prison account statement required by 28 U.S.C. §1915(a), as amended April 26, 1996. The motion was granted to the extent that the plaintiff need not prepay the costs and fees of this case except that he was ordered that the filing fee of $150.00 was to be paid in installments, the initial payment of $5.66, to be paid on or before February 29, 2000. The plaintiff failed to timely comply. It is thereupon

ORDERED AND ADJUDGED as follows:

1. The time to pay the initial installment fee of $5.66 is extended to on or before May 12, 2000.

2. The plaintiff shall put the case number on the check or money order so the Clerk can docket the payment in the correct



case. This is especially important when a prisoner has filed more than one case.

3. Thereafter, the plaintiff must make payments of 20% of the preceding month's income credited to his account. The jail/prison having custody of the prisoner must make payments from the prisoner's account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the full filing fee of $150.00 is paid.

4. No action will be taken to obtain service of process upon the defendant(s) in this case until the first payment is received, and failure to pay the initial installment may result in dismissal of this case.

DONE AND ORDERED at Miami, Florida this 5 day of April, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Richard Gregory Garcia, Pro Se
DC #D92567
Century Correctional Institution
400 Tedder Road
Century, FL 32535-3655

Warden/Superintendent
Century Correctional Institution
400 Tedder Road
Century, FL 32535-3655

Lee Nihan, Financial Administrator
  for Clerk of Court

1