UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*Richard Garcia*                  ,          CASE NO. *OO-6054-Cv-Middlebrooks*

Plaintiff,                                           MAGISTRATE JUDGE ___*CHS*___

V.                                                   **PARTIAL FILING FEE PAYMENT**

*Broward Sheriff's Office*

Defendant,

_____/

The Court having Ordered the Plaintiff to pay the filing fee in set installments and upon receipt of such payments, in the amount of $ *5.66*, the Clerk notifies the Court of the amount collected. The payment was received on *4/19/00*, receipt number *K21225*

DONE at the Federal Courthouse Square, Miami, Florida, this *05/04/00*.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

