Richard Garcia #D92567
Century Corr. Inst.
400 Tedder Rd.
Century, Fl. 32535

United States District Court
Southern District of Florida
301 North Miami Ave
Miami, Fl. 33123-7788



7-7-00

RE: Case # 00-06054 CIV-Middlebrooks

Dear Clerk:

    It has been about 2 months since a money order has been sent to the court in the sum of $5.66, for initial payment for filing fees. I have yet to receive any information regarding the statis of my case.
    If possible, please foward a copy of a recent statis report to me at the above address.
    Thank you for your time and assistance.

Respectfully submitted,
Richard Garcia