UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by_____ D.C.

AUG 0 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | | |
|---|---|---|
| 1. | 99-7371-CIV | Stern v. Metropolitan Casualty |
| 2. | 99-7613-CIV | Pennsylvania Life v. Barnes |
| 3. | 00-6491-CIV | Kandedore v. Supreme Court of Florida |
| 4. | 99-2393-CIV | Baptiste v. Miami-Dade County |
| 5. | 00-2189-CIV | Fagundo v. Union American |
| 6. | 00-2481-CIV | RJM Card Services v. Sophisticated Communications |
| 7. | 98-3186-CIV | Whitt v. City of Opa-Locka, et al. |
| 8. | 99-0582-CIV | Gorordo, et al., v. City of Miami, et al. |
| 9. | 00-0736-CIV | Salazar v. John Alden Life Insurance Co. |
| 10. | 00-2086-CIV | Valencia v. Cache, Inc. |
| 11. | 99-8392-CIV | Riqueime, et al. v. Reef Condo Assoc., Inc. |
| 12. | 00-6778-CIV | Provost, et al. v. M/V Galactica, et al. |
| 13. | 99-3296-CIV | Octavo Arte, C.A. v. Videocam Corp. |
| 14. | 00-8914-CIV | McClanahan v. UPS, Inc. |
| 15. | 00-8368-CIV | Koszola v. Comcast Cable |
| 16. | 99-7600-CIV | Carchio, et al. v. Fort Lauderdale, et al. |
| 17. | 00-0345-CIV | Precision Tune Auto Care, Inc. v. Genuine Parts Company, et al. |
| 18. | 00-6054-CIV | Garcia v. Broward Sheriff's Office, et al. |
| 19. | 99-2863-CIV | Rivera v. Fisher |
| 20. | 00-1094-CIV | Noa v. Apfel |
| 21. | 00-8371-CIV | Cerbone v. Secretary of Health and Human Services |

_____/

## ORDER OF REASSIGNMENT

The above-styled case has been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendars of the new judges of the court.

Prior to executing this Order, the undersigned has reviewed the file and has ruled upon all pending motions, in accordance with the policy established by the judges of the Southern District of Florida. (See Policy Manual Section 2.02.04). It is therefore

ORDERED AND ADJUDGED that the above-styled causes are hereby REASSIGNED to the calendar of the Honorable Paul C. Huck as of August 7, 2000 for all further proceedings. It is further

ORDERED AND ADJUDGED that all pleadings hereafter filed shall bear the assigned case number followed by the surname HUCK in lieu of the present name, thereby indicating the judge to whom the case is assigned.

DONE AND ORDERED at Miami, Florida, in chambers this 8th day of August, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Honorable Ted E. Bandstra
    Counsel of Record