Richard Garcia #D92567
Century Correctional Inst.
400 Tedder Road
Century, Florida 32535

United States District Court
Southern District Of Florida
301 N. Miami Ave., Room 150
Miami, Fl. 33128-7788

8-7-2000

RE: Case # 00-6054-CIV-MIDDLEBROOKS/CHS

FILED BY _____ D.C.
00 AUG 11 AM 11:39
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Dear Sirs:

It has come to my attention that while reviewing the last status report that your office has sent me, the address of record for me is not correct.
The address should read:

Richard Garcia #D-92567
Century Correctional Institution
400 Tedder Road
Century, Florida 32535  (AZ121L)

Please, make a note to forward any and all further correspondence to this address.

11/uc