UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Richard Garcia,

Plaintiff./Petitioner,

CASE NO. 00-6054-CIV-Huck

MAGISTRATE JUDGE CHS

V.

**CLERK'S NOTICE OF
RECEIPT OF FILING FEE**

Broward Sheriff,

Defendant/Respondent,

_____/

The Clerk notifies the Court that on 08/11/00 the filing fee of $ 31.00 was received, receipt number 826784.

DONE at the Federal Courthouse Square, Miami, Florida, this 11th day of August, 2000.

**CLARENCE MADDOX
CLERK OF COURT**

By: Jury Hamilton
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff



```
Fri Aug 11 09:56:39 2000

   UNITED STATES DISTRICT COURT

   MIAMI         , FL

Receipt No.  100 826784
Cashier       troy

Tender Type  CHECK

Check Number: 006449

Transaction Type   AR

DO Code    Div No     Acct
  4600        1       5100PL

Amount            $   31.00

RICHARD GARCIA

00CV6054/HUCK/CHS
```