UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-CIV-HUCK
MAGISTRATE JUDGE SORRENTINO

RICHARD G. GARCIA
  plaintiff,

v.

Ken Jenne, et al.,
  defendants.

Motion for Extention of Time to File Objection

The plaintiff, Richard G. Garcia pro se, respectfully requests that he be granted an additional thirty (30) days to file his objections to a report filed by Magistrate Judge Sorrentino, dated August 30, 2000.

The reason(s) for this extention are stated as follows:

1) The plaintiff is a layman in the law and will need ample time to do the necessary research needed to file his objections adequately.

2) It would take the plaintiff anywhere from two to three days to be admitted into the law library, which will only hinder him and waste valueable time from the ten days that was alotted by the Magistrate

Judge.

3) Once admitted into the law library the plaintiff will have to find a capable law clerk to assist him and be able to discuss the details and nature of his cause with the law clerk, in order to file his objection properly.

Wherefore, the plaintiff prays that the court will grant his Motion for Extention of Time To File Objection.

Signed this 5th day of September, 2000

x Richard Gregory Garcia
Richard G Garcia #D92567
Century Correction Institution
400 Tedder Road
Century, Florida 32535

I, Richard G. Garcia declare under penalties of perjury pursuant to Florida Statutes 92.525, that I have read the foregoing Motion for Extention of Time To File Objections, and that all facts and matters in it are true and correct on this 5th day of Sept. 2000.

x Richard G. Garcia

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion for Extention of Time To File Objection has been furnished to the United States District Court for the Sathern District of Florida, 301 N. Miami Ave, Room 150, Miami, Florida 33128-7788

x *Richard L. Garcia*