UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Richard Garcia,
Plaintiff,

CASE NO. 00 CV-06054-HUCK

MAGISTRATE JUDGE  OHS

V.

**PARTIAL FILING FEE PAYMENT**

Broward Sheriff's Office,
Defendant,

The Court having Ordered the Plaintiff to pay the filing fee in set installments and upon receipt of such payments, in the amount of $ 54.00, the Clerk notifies the Court of the amount collected. The payment was received on 10/25/00, receipt number 83071.

DONE at the Federal Courthouse Square, Miami, Florida, this 25th October, 2000.

CLARENCE MADDOX
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff