Richard Garcia #D92567, pro se.
Century Corr. Inst.
400 Tedder Rd.
Century, Fl. 32535

United States District Court
Southern District of Florida
301 N. Miami Ave, Rm. 150
Miami, Florida 33128-7788

RE: Case number: 00-6054-CIV-HUCK

2-14-2001



Dear Sir:

Recently I filed a <u>Motion Of Objection To The Magistrate Judge's Report</u>, which was dated, September, 8, 2000.
Has the judge made any rulings pertaining to this motion? And, has he made any ruling to the above case # in general?
If possible, please forward a recent copy of the status report for this case.
Thank you for you time and assistance concerning this matter.

Respectfully Submitted,

Richard Gregory Garcia, pro se.