**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6054-Civ-HUCK
MAGISTRATE JUDGE SORRENTINO

RICHARD G. GARCIA,

    Plaintiff,

v.

KEN JENNE, et al.,

    Defendants.

ORDER OF DISMISSAL
FAILURE TO STATE A CLAIM

FILED by CR D.C.
MAR 0 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. The complaint in this case is dismissed, as to all defendants on all claims, pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted.

2. This case is closed.

3. All pending motions not otherwise ruled upon by separate Order are dismissed, as moot.

DONE AND ORDERED at Miami, Florida, this 5th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: Richard G. Garcia, <u>Pro Se</u>

